### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOMPO JAPAN INSURANCE INC., <br><br> Petitioner, <br><br> v. <br><br> CARLOS GHOSN BICHARA, <br><br> Respondent. | Case No. 1:23-cv-01041 (RGA) |

### ORDER GRANTING
### PETITIONER'S MOTION TO MAINTAIN UNDER SEAL

AND NOW, this  6  day of October, 2023, having considered Petitioner Sompo Japan Insurance Inc.'s Motion to Maintain Under Seal, and any response thereto, it is hereby ORDERED that:

1. Petitioner's Motion to Maintain Under Seal is GRANTED; and

2. Docket Index Nos. 3-1, 3-2, 7-4, and 10-3 shall remain under seal until further order of the Court. Redacted versions shall be filed on the public docket.

                                                                     /s/ Richard G. Andrews
                                                                     Honorable Richard G. Andrews
                                                                     United States District Judge